UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES WALKER,

       Plaintiff,

                                         Case No.  16-10355
vs.                                  HON.  GEORGE CARAM STEEH

STATE FARM INSURANCE
COMPANY,

       Defendant.
_____/

ORDER DENYING PLAINTIFF'S MOTION FOR
<u>EXTENSION OF TIME TO FILE WITNESS LISTS (DOC 19)</u>

     Pending before the Court is plaintiff's Motion for Extension of Time to File Plaintiff's Witness Lists (Doc. 19).  This Court's Local Rules require the movant in any motion to seek concurrence before filing a motion and, if concurrence is not obtained, to report that a conference between attorneys was held but concurrence was not obtained, or that despite reasonable efforts the movant was unable to conduct such a conference.  E.D. Mich. LR 7.1(a).  This Court expects compliance with both the letter and substance of 7.1(a).  Here, the movant makes no mention of any effort to

- 1 -

seek concurrence, nor in any way explains what, if anything, was done, or how, or when.

Therefore, IT IS ORDERED that the above motion, (Doc. 19) is DENIED.

Dated: March 1, 2017

                                              s/George Caram Steeh
                                              GEORGE CARAM STEEH
                                              UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
March 1, 2017, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk