UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES WALKER,

        Plaintiff,

v.

STATE FARM INSURANCE
CO.,

        Defendant.

_____/

CASE NO. 16-CV-10355
HON. GEORGE CARAM STEEH

ORDER DENYING PLAINTIFF'S MOTION IN LIMINE (Doc. 30)
TO PRECLUDE DEFENDANT FROM INTRODUCING
EVIDENCE OF DAMAGES AND GRANTING DEFENDANT'S
MOTION (Doc. 32) TO PRECLUDE REFERENCES TO
CERTAIN STATEMENTS IN THE INCIDENT REPORT

Now before the court are two motions *in limine*: (1) Plaintiff Charles

Walker's motion *in limine* to prohibit defendant State Farm Insurance

Company from introducing evidence regarding damages at trial, and (2)

Defendant's motion *in limine* to preclude Plaintiff from referencing,

disclosing, or publishing the May 17, 2015 incident report's statements —

that the fire was "unintentional" and that there were no "human factors" —

during voir dire, opening statement or at any stage of the proceedings prior

to laying a proper foundation for admissibility under Federal Rule of

Evidence 702 and 703.  On June 19, 2017, the court held a hearing on both

motions.  For the reasons stated on the record, Plaintiff's motion *in limine* (Doc. 30) is DENIED and Defendant's motion *in limine* (Doc. 32) is GRANTED.  The May 17, 2015 incident report may be used at trial with the "unintentional" and "human factors" references redacted.  Plaintiff may refer to or publish the "unintentional" and "human factors" references in that incident report only upon laying a proper foundation for admissibility as required by the court's prior order dated April 24, 2017.  (Doc. 26).

**IT IS SO ORDERED.**

Dated:  June 19, 2017

> s/George Caram Steeh
> GEORGE CARAM STEEH
> UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
June 19, 2017, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk