UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES WALKER,

        Plaintiff,

                                          Case No. 16-10355
vs.                                    HON. GEORGE CARAM STEEH

STATE FARM INSURANCE COMPANY,

        Defendant.
_____/

ORDER GRANTING DEFENDANT'S MOTION TO REVIEW THE CLERK'S
ACTION ON TAXED BILL OF COSTS (DOC. 45)

Plaintiff Charles Walker brought an action against defendant State Farm Insurance Company, alleging that it breached the parties' insurance contract by failing to reimburse plaintiff for damages to his home. A jury trial was held from June 20, 2017 to June 22, 2017. The jury found no cause of action against defendant. (Doc. 39). Thereafter, defendant filed a bill of costs. (Doc. 43). The Clerk of Court issued a Taxed Bills of Costs granting some, but not all, of defendant's requests. (Doc. 44). This matter is presently before the Court on defendant's Motion to Review the Clerk's Action on the Taxed Bill of Costs. (Doc. 45).

Defendant's bill of costs included the following:

- $400.00 in clerk fees,
- $333.00 in service fees,
- $797.79 in court reporter fees for the depositions of Charles Walker and Norman Larkins,
- $200.14 in witness fees, and
- $20.00 in docket fees.

(Doc. 43 at PageID 703).

The Clerk of Court granted defendant's request in full for the clerk and docket fees, and in part for the service and witness fees. (Doc. 44 at PageID 711). The Clerk of Court denied the court reporter fees because defendant's bill of costs failed to document how the deposition transcripts were used at trial. (Doc. 44 at PageID 711-12). Section II(C) of the Court's Bill of Costs Handbook states that, in order to obtain costs for transcripts obtained for use in the case, counsel must provide the date that a transcript was read into the record at trial. Defendant now provides this information. The deposition of Norman Larkins was read into the record on June 20, 2017. The deposition of Charles Walker was read into the record on June 21, 2017. As such, the Court shall GRANT defendant's request that an additional $797.79 be taxed for court reporter fees.

The Court awards defendant $1,678.31 in costs.

IT IS SO ORDERED.

Dated: August 3, 2017

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on August 3, 2017, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk

---